

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00343-CV

———————————————

WALEED MUKHLED MUSTAFA, Appellant

V.

MARAH BASEM ALHAMAD, Appellee

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-719639-22

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 11, 2024